HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cr-00136-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| AARON BARNES, | |
| Defendant. | |

The Court having considered the reasons presented by the defense's unopposed motion to extend the pretrial motions deadline, after considering the files and records herein, and finding good cause, the Court GRANTS the motion (Dkt. 23). All pretrial motions, including motions in limine, shall be filed no later than February 3, 2023.

DATED this 18th day of January, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
PRETRIAL MOTIONS DEADLINE
(*USA v. Barnes* / 2:22-cr-00136-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100