THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-136-RAJ |
| | ) | No. CR25-186-RAJ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING TEMPORARY |
| | ) | RELEASE FROM CUSTODY TO |
| AARON BARNES, | ) | ATTEND BEDSIDE VISIT FOR |
| | ) | DYING PARENT |
| Defendant. | ) | |

The Court has considered Aaron Barnes's emergency motion for temporary release from custody to attend a bedside visit with his dying mother, pursuant to 18 U.S.C. § 3145(b) and (c), and in keeping with 28 C.F.R. 570.33(b) and 18 U.S.C. § 3622, along with the government's response, Mr. Barnes's reply, and the records in this case.

The Court ORDERS that Mr. Barnes shall be temporarily released from custody under the following conditions:

1. The visit must be under the supervision of the US Marshals Service with transportation provided by the USMS. USMS shall coordinate with the Bureau of Prisons (BOP) to arrange the release and escort of Mr. Barnes.

2. The visit shall take place no later than October 9th.

3. The release time should be coordinated between the USMS and the BOP/FDC SeaTac Personnel.

4. The visit is limited to 2 hours.

ORDER FOR TEMPORARY RELEASE FROM CUSTODY TO
ATTEND BEDSIDE VISIT FOR DYING PARENT
(*US v. Barnes*, Nos. CR22-136-RAJ & CR25-186-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

5. There can be no other persons present in the home at the time of the visit except Defendant's mother and any hospice or health care personnel.

6. USMS shall be responsible for transporting Mr. Barnes back to the FDC in accordance with this order.

7. Defendant shall undergo drug testing upon his return to custody.

DATED this 7th day of October 2025.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER FOR TEMPORARY RELEASE FROM CUSTODY TO ATTEND BEDSIDE VISIT FOR DYING PARENT
(*US v. Barnes*, Nos. CR22-136-RAJ & CR25-186-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**